# CURRICULUM VITAE

## Taylor P. Kuhn, Ph.D., ABPP/CN

University of California, Los Angeles
Semel Neuroscience Institute
tkuhn@mednet.ucla.edu
Tel: (321) 698-1832

## PROFESSIONAL EXPERIENCE

**Assistant Researech Neuroscientist, July 2020 –**
- The University of California, Los Angeles Semel Neuroscience Institute Los Angeles, CA 90024
- Executive Board Member, Center for Cognitive Neurosciences

**Adjunct Assistant Professor, September 2018 – June 2020**
- The University of California, Los Angeles Semel Neuroscience Institute Los Angeles, CA 90024
- Executive Board Member, Center for Cognitive Neurosciences

**Assistant Project Scientist,    July 2017 – June 2020**
Project Coordinator, Mapping the Human Connectome in Typical Aging
Project Coordinator, Mapping the Human Connectome in Typical Development
- The University of California, Los Angeles Semel Neuroscience Institute Los Angeles, CA 90024

**Instructor, August 2016 –**
Neuropsychology Informal Brown Bag Lecture Series
Semel Institute for Neuroscience and Human Behavior, University of California, Los Angeles

**Evaluating Psychologist, September 2018 –**
Physicians for Human Rights
Los Angeles Human Rights Initiative

## PROFESSIONAL ACTIVITIES

### Board Membership
- American Board of Professional Psychology, American Board of Clinical Neuropsychology

- Executive Board Member, Center for Cognitive Neurosciences
  The University of California, Los Angeles
  Semel Neuroscience Institute Los Angeles, CA 90024

- Executive Board Member, Pacific Institute for Medical Research
  Los Angeles, CA 90403

**Professional Society Membership**
- American Psychological Association Division 40, Clinical Neuropsychology, Member
- International Neuropsychological Society, Associate Member
- Organization for Human Brain Mapping, Associate Member

## LICENSURE

**Board Certified Clinical Neuropsychologist**
- American Board of Professional Psychology, American Board of Clinical Neuropsychology

**Clinical Psychology License, 2/6/2017**
- California Board of Psychology, PSY28970

## EDUCATION

**Neuropsychology of HIV/AIDS Research Postdoctoral Fellow, Fall 2014 – Spring 2017**
- The University of California, Los Angeles Semel Neuroscience Institute Los Angeles, CA 90024
- Chief Research Fellow, Fall 2015 – Spring 2017
- Assistant Chief Clinical Fellow, Fall 2016 – Spring 2017

**Ph.D. Clinical and Health Psychology, Fall 2014**
- The University of Florida, Gainesville, FL 32611

**Clinical Psychology Internship, Fall 2013 – Fall 2014**
- Teaching Fellow in Psychiatry, Harvard Medical School
- Clinical Fellow in Psychology within the Department of Psychiatry, Boston University School of Medicine
- Boston Consortium in Clinical Psychology, Boston, MA 02130

**M.S. Clinical and Health Psychology, Summer 2011**
- The University of Florida, Gainesville, FL 32611

**B.S. Psychology, Magna Cum Laude, Honors with Distinctions, Fall 2008**
- The University of Florida, Gainesville, FL 32611

## EDITORIAL & REVIEW SERVICES

**Journal Editor**

*Frontiers in Digital Health*, Special Research Topic, Chief Editor
"Quantified Self and Machine Learning Assessment and Predictions of Brain-based Health"

**Journal Reviewer**

- Behavioral Research and Therapy
  *2020*

- NeuroImage
  *2017, 2018, 2019, 2020*

- Journal of the International Neuropsychological Society
  *2013, 2014, 2016 2018*

- Journal of Neurodegenerative Diseases
  *2018, 2019*

- Plos One
  *2017*

- *Gastroenterology*
  *2017*

- Cerebellum
  *2016, 2018, 2019, 2020*

## HONORS & SPECIAL AWARDS

| | |
|---|---|
| "Exploring the Human Connectome" Training, UCLA Scholarship | June 2015 |
| International Neuropsychological Society, Phillip M. Rennick Research Award | February 2015 |
| American Academy of Clinical Neuropsychology, Edith Kaplan Research Award | July 2014 |
| Public Health and Health Professions Research Excellence Award | March 2013 |
| Public Health and Health Professions Research Excellence Travel Grant | March 2013 |
| University of Florida Graduate Research Fellowship | August 2009-2013 |

## GRANTS & FELLOWSHIPS

- <u>Recipient of NIMH R25 Subgrant: Educational Project Fellowship:</u> Attend Mount Sinai Institute for NeuroAIDS Disparities summer training program. Complete data collection, analysis and dissemination of my project entitled *Accelerated Brain and Cognitive Aging in HIV-Positive African and European Americans.*
  Mt. Sinai Medical School, New York, New York & University of California, Los Angeles, Los Angeles, CA
  - 8/2016 – 12/2017
  - Total Grant Award: $20,000

- NIH T32 Training Grant, Neuropsychology HIV/AIDS Fellowship (MH19535)
  Principal Investigator: Charles Hinkin, Ph.D., ABPP/CN
  University of California, Los Angeles, Los Angeles, CA

- <u>Recipient of T32 Fellowship</u>: Responsible for analysis of neuropsychological and neuroimaging data. Involved in didactic training of interns and graduate students. Receiving training in clinical neuropsychology and research methods including grant writing, research design, participants recruitment, longitudinal analyses of neuropsychological and neuroimaging data, and training of graduate student researchers.
    - 9/2014 – 5/2017

- Neurological, Neurobehavioral and Functional Outcomes in HIV
  Principal Investigator: April Thames, Ph.D.
  University of California, Los Angeles, Los Angeles, CA
  <u>Consultant</u>: Responsible for neuroimaging trainings, processing and analysis, database management, supervision of lab members and contribution to manuscripts.
    - 9/2014 – 5/2017

- Graduate Research Fellowship
  Principal Investigator: Russell Bauer, Ph.D., ABPP/CN
  University of Florida, Gainesville, Fl
  <u>Recipient of Grdaute Fellowship</u>: Responsible for collection and analysis of neuropsychological and neuroimaging data. Involved in didactic training of clinical psychology skills, clinical neuropsychology skills, ethics, professional development and research methods including grant writing, research design, participants recruitment, statistical and neuroimaging analytic techniques and ethical human subjects research conduct.
    - 8/2009 – 12/2013

## TEACHING, LECTURES, & PRESENTATIONS

**Functional Neuroanatomy**
Course Instructor
Semel Institute for Neuroscience and Human Behavior, University of California, Los Angeles
*2019 – Present*

**Neuropsychology Informal Brown Bag Lecture Series**
Course Instructor
Semel Institute for Neuroscience and Human Behavior, University of California, Los Angeles
*2016 – 2020*

**Symposium Lecturer.**
Twelfth annual meeting of the American Society of Functional Neuroradiology. San Diego, California.

Kuhn, T., Becerra, S.A., Duncan, J.C., Pereles, F.S., Whitney, M., Mamoun, M.S., Jordan, S.,. Machine Learning Validation of Volumetric Analysis for Classifying Dementia Subtypes. Paper presentation given at the twelfth annual meeting of the American Society of Functional Neuroradiology. San Diego, California.
***October, 2018***

**Symposium Lecturer.**

Forty-sixth annual meeting of the International Neuropsychological Society, Washington D.C., USA.

Kuhn, T., Japaradi, K., Ebrahimi, C.T., Ghahremani, D., Martin-Harris, L., Bilder, R.M., Bookheimer, S.Y. Early Intellectual Giftedness is Associated with White Matter Integrity in Regions Subserving Episodic Memory. **Paper Presentation** given at the Forty-sixth annual meeting of the International Neuropsychological Society, Washington D.C., USA.
*February, 2018*

**Symposium Lecturer.**
Forty-fifth Annual International Neuropsychological Society Conference, New Orleans, Louisiana.

Kuhn, T., Mahmood, Z., Williamson, T., Bookheimer, S.Y., Hinkin, C.H., & Thames, A.D. Accelerated Brain Aging and Cognitive Decline in HIV. Paper Presentation given at the Forty-fifth Annual International Neuropsychological Society Conference, New Orleans, Louisiana.
*February, 2017*

**Invited Lecturer**,
Greater Los Angeles Veterans Association, Los Angeles, CA
Multimodal Magnetic Resonance Neuroimaging Analytic Techniques
Research Seminar for Clinical Psychology Interns at the West Los Angeles Veterans Association
*May, 2015; January, 2016*

**Invited Lecturer:**
University of California, Los Angeles, Los Angeles, CA
White Matter Integrity, Connectivity and Memory Performance in Temporal Lobe Epilepsy
Neuropsychology Informal Brown Bag Lecture Series at University of California, Los Angeles
*April, 2015*

**Invited Lecturer**:
University of California, Los Angeles, Los Angeles, CA
Analytic Techniques for Diffusion and Structural Neuroimaging
Seminar for graduate students and postdoctoral fellows at University of California, Los Angeles
*April, 2015*

## RESEARCH PAPERS

A. RESEARCH PAPERS PEER REVIEWED

- Thames, A.D., Mahmood, Z., Burggren, A. C., Karimian, A. & **Kuhn, T.** (2015). Combined Effects of HIV and Marijuana Use on Neurocognitive Functioning and Immune Stress. AIDS Care.

- Sayegh, P., Thaler, N.S., Arentoft, A., **Kuhn, T.P.,** Schonfeld, D., Castellon, S., … Hinkin, C.H. (2015). Medication adherence and aging in HIV-positive African Americans: The roles of health beliefs and sensation-seeking. Cogent Psychology.

- Stricker, N., Salat, D. H., **Kuhn, T.**, Foley, J. M., Price, J. S., Westlye, L. T., Esterman, M. S., McGlinchey, R. E., Milberg, W. P. Leritz, E. C. (2015). Mild Cognitive Impairment is Associated with White Matter Integrity Changes in Late-Myelinating Regions within the Corpus Callosum. American Journal of Alzheimer's Disease and Other Dementias.

- **Kuhn, T.,** Gullett, J. M., Boutzoukas, A. E., Ford, A., Nguyen, P., Colon-Perez, L. M., Triplett, W., Price, C. C., Mareci, T. H., Bauer, R. M. (2015). Test-Retest Reliability of High Angular Resolution Diffusion Imaging (HARDI) Acquisition Assessed via TBSS, Tractography and a Novel Graph Theory Metric. Brain Imaging and Behavior.

- Williamson, T. J., Mahmood, Z., **Kuhn, T. P.**, & Thames, A. D. (2017). Differential relationships between social adversity and depressive symptoms by HIV-status and racial/ethnic identity. *Health Psychology, 36*(2), 133-142. http://dx.doi.org/10.1037/hea0000458.

- **Kuhn, T.,** Schonfeld, D., Sayegh, P., Jones, J.D., Arentoft, A., Hinkin, C.H., Bookheimer, S.Y., & Thames, A.D. (2016). The Effects of HIV and Aging on Subcortical Shape Alterations: A 3D Morphometric Study. *Human Brain Mapping.* DOI 10.1002/hbm.23436

- Połczyńska M., Japardi K., Curtiss S., Moody, T., Benjamin C., Cho A., Vigil C., **Kuhn T.,** Jones M., Bookheimer S. (2017). Improving language mapping in clinical fMRI through assessment of grammar. *Neuroimage: Clinical.*

- Steiner, A. J., Wright, S. M., **Kuhn, T.**, & IsHak, W. W. (2017). Comorbid Social Phobia and Major Depressive Disorder: the Influence of Remission from Depression on Quality of Life and Functioning. *Applied Research in Quality of Life,12*(3), 719-736. doi:10.1007/s11482-016-9485-4

- Połczyńska, M., **Kuhn, T.**, You, S. C., Walshaw, P., Curtiss, S., & Bookheimer, S. (2017). Assessment of grammar optimizes language tasks for the intracarotid amobarbital procedure. *Epilepsy & Behavior*, *76*, 89-100.

- Thames, A. D., **Kuhn, T. P**., Williamson, T. J., Jones, J. D., Mahmood, Z., & Hammond, A. (2017). Marijuana effects on changes in brain structure and cognitive function among HIV+ and HIV− adults. *Drug and Alcohol Dependence*, *170*, 120-127.

- **Kuhn, T.,** & Springate, B. A. (2017). The Neuropsychology Fact-Finding Casebook: A Training Resource. *Archives of Clinical Neuropsychology*, 1-3.

- **Kuhn, T.P.**, Sayegh, P., Jones, J.D., Smith, J., Sarma, M.K., Ragin, A., Singer, E.J., Thomas, A., Thames, A.D., Castellon, S.A., Hinkin C.H. (2017). Improvements in Brain and Behavior Following Eradication of Hepatitis C. *Journal of Neurovirology, 23*(4), 593-602.

- Thames, A. D., **Kuhn, T. P.,** Mahmood, Z., Bilder, R. M., Williamson, T. J., Singer, E. J., & Arentoft, A. (2018). Effects of social adversity and HIV on subcortical shape and neurocognitive function. *Brain Imaging and Behavior*, *12*(1), 96-108.

- Anderson, A.E., Jones, J., Thaler., N., **Kuhn., T.P.**, Singer, E.J., Hinkin, C.H. (2018). Intra-individual variability in neuropsychological performance predicts cognitive decline and death in HIV. *Neuropsychology.*

- **Kuhn, T.**, Kaufmann, T., Doan, N.T., Westlye, L.T., Jones, J., Nunez, R.A., Bookheimer, S.Y., Singer, E.J., Hinkin, C.H., Thames, A.D. (2018). An Augmented Aging Process in Brain White Matter in HIV. *Human Brain Mapping. 39*(6), 2532-2540.

- Jones, J. D., **Kuhn, T.**, Mahmood, Z., Singer, E. J., Hinkin, C. H., & Thames, A. D. (2018). Longitudinal intra-individual variability in neuropsychological performance relates to white matter changes in HIV. *Neuropsychology*, *32*(2), 206.

- Jones, J. D., **Kuhn, T. P.**, & Szymkowicz, S. M. (2018). Reverters from PD-MCI to cognitively intact are at risk for future cognitive impairment: Analysis of the PPMI cohort. *Parkinsonism & related disorders*, *47*, 3-7.

- Jones, J. D., **Kuhn, T. P.**, Levine, A., Sacktor, N., Munro, C. A., Teplin, L., D'Souza, G., Martin, E. M., Becker, J. T., Miller, E. N., Hinkin, C. H.(2018). Changes in Cognition Precede Changes in HRQoL among HIV+ males: Longitudinal Analysis of the Multicenter AIDS Cohort Study. *Neuropsychology.*

- Anderson, A. E., Jones, J. D., Thaler, N. S., **Kuhn, T. P.**, Singer, E. J., & Hinkin, C. H. (2018). Intraindividual variability in neuropsychological performance predicts cognitive decline and death in HIV. *Neuropsychology*, *32*(8), 966.

- Bookheimer, S. Y., Salat, D. H., Terpstra, M., Ances, B. M., Barch, D. M., Buckner, R. L., ... & Fischl, B. (2018). The lifespan Human Connectome Project in aging: An overview. *NeuroImage.*

- **Kuhn, T.P.,** Gullett, J. M., Boutzoukas, A. E., Bohsali, A., Mareci, T. H., FitzGerald, D.B., Carney, P.R., Bauer, R. M. (2018). Temporal Lobe Epilepsy Affects Spatial Organization of Entorhinal Cortex Connectivity. *Epilepsy & Behavior.*

- Jones, J. D., Kurniadi, N. E., **Kuhn, T. P.**, Szymkowicz, S. M., Bunch, J., Rahmani, E. (2019). Depressive Symptoms Precede Cognitive Impairment in De Novo Parkinson's Disease Patients: Analysis of the PPMI Cohort. *Neuropsychology.*

- Bookheimer, S. Y., Salat, D. H., Terpstra, M., Ances, B. M., Barch, D. M., Buckner, R. L., ... & Fischl, B. (2019). The Lifespan Human Connectome Project in Aging: An overview. *NeuroImage*, *185*, 335-348.

- Nir, T. M., Lam, H. Y., Ananworanich, J., Boban, J., Brew, B. J., Cysique, L., ... & Paul, R. H. (2019, October). Effects of Diffusion MRI model and harmonization on the consistency of findings in an international multi-cohort HIV neuroimaging study. In *International Conference on Medical Image Computing and Computer-Assisted Intervention* (pp. 203-215). Springer, Cham.

- Nir, T. M., Fouche, J. P., Ananworanich, J., Ances, B. M., Boban, J., Brew, B. J., ... & Ernst, T. (2019). Smaller Limbic Structures Are Associated with Immunosuppression and Viral Load in Over 1000 HIV-Infected Adults Across Five Continents: Findings from the ENIGMA-HIV Working Group.

- Nir, T. M., Fouche, J. P., Ananworanich, J., Ances, B. M., Boban, J., Brew, B. J., ... & Ernst, T. (2019). Common Brain Volume Signatures Associated with Immunosuppression and Viral Load in Over 1000 Adults Living with HIV Across 5 Continents: Findings from the ENIGMA-HIV Working Group.

- Nicodemus, N.E., Becerra, S.A., **Kuhn, T.P.**, Packham, H.R., Duncan, J.D., Mahdavi, K.D., Iovine, J.J., Kesari, S., Pereles, S., Whitney, M., Mamoun, M., Franc, D., Bystritsky, A., Jordan, S.E. (2019) Focused transcranial ultrasound for treatment of neurodegenerative dementia. *Alzheimer's & Dementia: Translational Research & Clinical Interventions,* 5:374-81. doi:10.1016/j.trci.2019.06.007

- Jones, J. D., **Kuhn, T.**, Levine, A., Sacktor, N., Munro, C. A., Teplin, L. A., . . . Hinkin, C. H. (2019). Changes in cognition precede changes in HRQoL among HIV+ males: Longitudinal analysis of the multicenter AIDS cohort study. *Neuropsychology, 33*(3), 370-378.

- **Kuhn, T.,** Jin, Y., Huang, C., Kim, Y., Nir, T.M., Gullett, J.M., Jones, J.D., Chung, C., Singer, E.J., Shattuck, D.W., Jahanshad, N., Bookheimer, S.Y., Hinkin, C.H., Zhu, H., Thompson, P.M., Thames, A.D. (2019). The Joint Effect of Aging and HIV Infection on Microstructure of White Matter Bundles. *Human Brain Mapping*.

- Spivak, N. M., & **Kuhn, T. P.** (2019). Variations in Targeting Techniques of Focused Ultrasound for Use in Neuromodulation. *Brain Stimulation*.

- Ly, T. K., Diaz-Santos, M., Campbell, L., Caldera, M., **Kuhn, T.**, & Bookheimer, S. (2019). Death Anxiety And Financial Decision-Making In Aging: A Study From The Human Connectome Project Aging (Hcp-A). *Innovation in Aging*, *3*(Suppl 1), S907.

- Jordan, S.E., Iovine, J., **Kuhn, T.P.**, & Gelabert, H. (2020) Neurogenic thoracic outlet syndrome and other forms of cervical brachial syndrome treated with plasma concentrate enriched for alpha 2 macroglobulin. *Pain Physician*.

- Nicodemus, N.E., Jordan, S.E., Bae, H., Kamrava, E., Calodney, A., Remley, K., Benyamin, R., Peterson, M.R., Iovine, J., Packham, H.R., Mahdavi, K.D., Becerra, S.A., Raju, S., Pravdic, M., Duncan, J., & **Kuhn, T.P.** (2020) Safety and efficacy of platelet rich plasma for treatment of lumbar discogenic pain: a prospective, multi-center, randomized, double-blind study. *Spine.*

- Mahdavi, K. D., Jordan, S. E., Barrows, H. R., Pravdic, M., Habelhah, B., Nicodemus, N. E., ... & **Kuhn, T.** (2020). Treatment of dementia with bosutinib: An open-label study of a tyrosine kinase inhibitor. *Neurology: Clinical Practice*.

- Blades, R., Jordan, S., Becerra, S., Eusebio, B., Heatwole, M., Iovine, J., ... & **Kuhn, T**. (2020). Treating dissociative post-traumatic stress disorder presenting as a functional movement

- disorder with transcranial magnetic stimulation targeting the cingulate gyrus. *Neurological Sciences*, 1-6.

- Stern, J., Korb, A., Spivak, N. M., Becerra, S., Kronemyer, D., Khanlou, N., ... & **Kuhn, T. P.** (2020). Safety of Focused Ultrasound Neuromodulation in Humans with Temporal Lobe Epilepsy. *medRxiv*.

- Połczyńska, M.M, Beck, L., **Kuhn, T.,** Benjamin, C.F., Timothy Ly, T., Japardi, K., Cavanagh, L., Bookheimer, S.Y. (2020). Dominant anterior but not posterior tumors reduce fMRI estimates of language laterality. *Journal of Neurosurgery*. (in press).

- Nir, T. M., Fouche, J. P., Ananworanich, J., Ances, B. M., Boban, J., Brew, B. J., ... & Jahanshad, N. (2021). Association of Immunosuppression and Viral Load With Subcortical Brain Volume in an International Sample of People Living With HIV. *JAMA network open*, *4*(1), e2031190-e2031190.

- Bystritsky, A., Spivak, N.M., Dang, B.H., Becerra, S.A., Distler, M.G., Jordan, S.E., & **Kuhn, T.P.** (2021). Brain Circuitry Underlying the ABC Model of Anxiety. *Journal of Psychiatric Research,*

- Translating state-of-the-art brain MRI techniques into clinical practice: Multimodal MRI Differentiates Dementia Subtypes in a Traditional Clinical Setting. (2021). **Kuhn, T.,** Becerra, S., Duncan, J., Spivak, N., Dang, B.H., Habelhah, B., Hahdavi, K.D., Mamoun, M., Whitney, M., Pereles, F.S., Bystristky, A., Jordan, S.E. *Quantitative Imaging in Medicine and Surgery.*

- Stern JM, Spivak NM, Becerra S, **Kuhn TP**, Korb AS, Kronemyer D, Khanlou N, Reyes SD, Monti MM, Schnakers C, Walshaw P, Keselman I, Cohen MS, Yong W, Fried I, Jordan SE, Schafer ME, Engel J, & Bystritsky A. Safety of Focused Ultrasound Neuromodulation in Humans with Temporal Lobe Epilepsy. *Brain Stimulation.*

- Haroon, J., Mahdavi, K., Zielinski, M. A., Habelhah, B., Chan, L., Bystritsky, A., ... & Jordan, S. (2021). A case of COVID-encephalopathy imaged with fMRI and treated with near infrared light. *Brain Stimulation: Basic, Translational, and Clinical Research in Neuromodulation*.

- Mahdavi, K. D., Jordan, S. E., Barrows, H. R., Pravdic, M., Habelhah, B., Evans, N. E., ... & **Kuhn, T.** (2021). Treatment of dementia with bosutinib: An open-label study of a tyrosine kinase inhibitor. *Neurology: Clinical Practice*, *11*(3), e294-e302.

- Spivak NM, Korb AS, Reyes SD, Bych BP, Schafer SF, Khanlou N, Johnson EA, Schafer ME, Cohen MS, **Kuhn T**, & Bystritsky A. Histological Examination of Transcranial Focused Ultrasound Effects on Human Brain Tissue. ***Brain Stimulation.*** 2021; 14(6):1486-8. DOI: 10.1016/j.brs.2021.09.015. PubMed PMID: 34607066

- Spivak, N.M., Bari, A., Tyler, J., **Kuhn, T.,** Ultrasound as a Neurotherapeutic: A Circuit- and Systemic-Based Interrogation. FOCUS: The Journal of Lifelong Learning in Psychiatry

- **Kuhn, T.**, Haroon, J., Spivak., N.M, (2021). A Systematic Approach to Neuropschiatric Intervention: Functional Neuroanatomy Underlying Symptoms Domains as Targets for Treatment. FOCUS: The Journal of Lifelong Learning in Psychiatry

- Jordan, S., **Kuhn, T.**, Bystritsky, A. (2021). Non-Invasive Delivery of Biologicals to the Brain. FOCUS: The Journal of Lifelong Learning in Psychiatry

### CHAPTERS

- **Kuhn**, **T.**, Bauer, R.M. *Clinical Handbook of Neuropsychology*: Episodic and Semantic Memory Disorders Chapter (2013). Springer Science & Business Media, New York, USA.

- Bauer, R.M., Gaynor, L., Moreno, C., **Kuhn**, **T.**, *Clinical Handbook of Neuropsychology*: Episodic and Semantic Memory Disorders Chapter, 2nd Edition (2019). Springer Science & Business Media, New York, USA.

- Nir, T. M., Lam, H. Y., Ananworanich, J., Boban, J., Brew, B. J., Cysique, L., ... & Paul, R. H. (2019). Effects of Diffusion MRI model and harmonization on the consistency of findings in an international multi-cohort HIV neuroimaging study. In *International Conference on Medical Image Computing and Computer-Assisted Intervention* (pp. 203-215). Springer, Cham.

- Barclay, T.R., Wright, M.J., Kuhn, T.P., Hinkin, C.H. (2021). Medication Management. In *Assessment of Specific Functional Abilities* (pg. 186-221). Guilford, New York, USA.

### ABSTRACTS

- Springer, U. S., Troche, J., **Kuhn, T.**, Crucian, G., Fernandez, H., Rodriguez, R., Okun, M., Bowers . D. (2009, February). Computerized Self-Ordered Working Memory Performance in Nondemented Parkinson Disease. Thirty-Seventh Annual Meeting of the International Neuropsychological Society, Atlanta, Georgia.

- Springer, U. S., **Kuhn**, **T.**, Bauer, R.M., Fernandez, H., Bowers., D. (2010, February). Paradoxical Visuospatial Cognition in Essential Tremor: a Case of Compensation? Thirty-Eighth Annual Meeting of the International Neuropsychological Society, Boston, Massachusetts.

- Ewigman, N., **Kuhn**, **T.**, Williams, A., Plasencia, N., Gylys, J., Bauer, R.M. (2012, February). Virtual Mental Health for the Underserved. 2012 Society of Student-run Free Medical Clinics Annual Meeting, Longbeach, California.

- Reid, A. M**,** Ewigman, N., **Kuhn, T.**, Fernandez, A., Massucci, N., Headley, M., Fernandez, L., Snyder, A., Tyner, C., Gylys, J., Harmon, J., & Bauer, R. (2013, January). The Skype Trial: Preliminary Data on the Effectiveness of Providing Virtual Mental Health at a Student-Run Free Medical Clinic. Poster presented at the Society of Student Run Free Clinics, San Antonio, Texas.

- **Kuhn**, **T.**, Gullett, J., Fitzgerald, D., Bauer, R.M.  Self-Report Measures of Psychological Distress as Predictors of Cognitive Performance in Mild Traumatic Brain Injury (2013, April).

2013 Public Health and Health Professions Annual Research Day.  Awarded PHHP Research Day Research Excellence Award with associated PHHP Research Day Presentation and Travel Grant.

- **Kuhn**, **T.**, Gullett, J., Fitzgerald, D., Bauer, R.M.  Self-Report Measures of Psychological Distress as Predictors of Cognitive Performance in Mild Traumatic Brain Injury (2013, February). Forty-First Annual Meeting of the International Neuropsychological Society, Waikoloa, Hawaii.

- Reid, A. M., Ewigman, N., **Kuhn**, **T.**, Fernandez, A., Snyder, A., Lafo, J., Fernandez, L., Bertone, A., Petruzzelli, J., Gylys, J., Harmon, J., Bauer, R.M. (2014, January). Using Video Conferencing to Increase Psychological Care for the Underserved: Updated Findings from The Skype Trial. Society of Student Run Free Clinics, Nashville, TN.

- **Kuhn**, **T.**, Boutzoukas, A., Gullett, J. M., Ford, A., FitzGerald, D. B., Carney, P.C., Bauer, R.M. (2014, February). Temporal Lobe Memory Circuits: White Matter Integrity and Memory Performance in Temporal Lobe Epilepsy. Forty-Second Annual Meeting of the International Neuropsychological Society, Seattle, Washington.

- **Kuhn**, **T.**, Boutzoukas, A., Gullett, J. M., Ford, A., FitzGerald, D. B., Carney, P.C., Bauer, R.M. (2014, June). Altered White Matter Connectivity in Adjacent Medial Temporal Circuits in Temporal Lobe Epilepsy. Twelfth Annual American Academy of Neuropsychology Conference, New York, New York. Awarded Edith Kaplan Student Research Award.

- **Kuhn**, **T.**, Boutzoukas, A., Gullett, J. M., Ford, A., FitzGerald, D. B., Carney, P.C., Bauer, R.M. (2015, February). Altered White Matter Connectivity in Adjacent Medial Temporal Circuits in Temporal Lobe Epilepsy: an update. Forty-third Annual International Neuropsychological Society Conference, Denver, Colorado. Awarded Phillip M. Rennick Student Research Award.

- Thames, A.D., **Kuhn, T.,** Schonfeld, D., Bookheimer, S.Y, Hinkin, C.H, Sayegh, P., Mahmood, Z. (2015, December).  The Effects of Chronic Stress and HIV Disease on Hippocampal and Amygdala Shape Alterations and Verbal Memory Performance. Fifty-fourth Annual American College of Neuropsychopharmacology Conference, Hollywood, Florida.

- Williamson, J.T., Arentoft, A., Mahmood, Z., **Kuhn, T.**, Thames, A.D. Vulnerability to the effect of social adversity on depressive symptoms: The double stigma for HIV-seropositive African Americans. Twenty-eighth Annual Association for Psychological Science Conference. Chicago, Illinois.

- Williamson, T. J., Arentoft, A., Mahmood, Z., **Kuhn, T.**, & Thames, A. D. (March 2016). Vulnerability to the effect of lifetime social adversity on depressive symptoms: The double stigma for HIV-positive African Americans. 74th Annual Meeting for the American Psychosomatic Society in Denver, CO.

- The ENIGMA-HIV Group: Association of CD4 Levels with Brain Structure in HIV-positive Adults.  Fouche, J.P., Jahanshad, N., Woods, A.J., Levine, A., Ances, B., Nakamoto, B., Brew, B., Shikuma, C., Hinkin, C.H., Ching, C., Porges, E.S., Hoare, J., Harezlak, J., Ananworanich, J., Heaps, J., Chaganti, J., Kallianpur, K., Pruksakaew, K., Clifford, K., Wendelken, L., Paul, R., **Kuhn., T.**, Valcour, V.G., Prasitsuebsai, W., Joska, J., Thompson, P.M., Navia, B., Cohen,

- R.A., Stein, D.J. 22nd Annual Meeting of the Organization for Human Brain Mapping, Geneva, Switzerland.

- Mahmood, Z., **Kuhn, T.**, Burggren, A.C., Morales, A., Williamson, T.J., & Thames, A.D. Marijuana Effects on Cognition and White Matter Integrity in Adults with and without HIV Infection. Forty-fourth Annual International Neuropsychological Society Conference, Boston, Massachusettes.

- **Kuhn, T.,** Schonfeld, D., Sayegh, P., Thaler, N.S., Arentoft, A., Hinkin, C.H., Bookheimer, S.Y., Singer, E.J., Thames, A.D. The Effects of HIV and Aging on Subcortical Shape Alterations: A 3D Morphometric Study. Forty-fourth Annual International Neuropsychological Society Conference, Boston, Massachusettes.

- Thames, A.D., **Kuhn, T.**, Mahmood, Z., Williamson, T.J., Hammond, A., Nunez, R. Effects of age, HIV, and cumulative adversity on neurocognitive outcomes. Claude D. Pepper Center Older Americans Independence Center Annual Meeting. Arlington, Virginia.

- **Kuhn, T.,** Bohsali, A., Gullett, J.M., Boutzoukas, A. E., Mareci, T. H., FitzGerald, D. B., Bauer, R. M., Medial Temporal Lobe Connectivity is Associated with Memory Performance in Temporal Lobe Epilepsy. Twenty-second annual meeting of the Organization for Human Brain Mapping, Geneva, Switzerland.

- Jones, J., **Kuhn, T.,** Mahmood, Z., Hinkin, C.H., & Thames, A.D. (2017) Apathy is related to quality of life in HIV+ adults. Poster presented at the 45th Annual Meeting of the International Neuropsychological Society, New Orleans, LA.

- Mahmood, Z., **Kuhn, T.**, Nunez, R.A., Thames, A.D. Neural Correlates of Coping and Perseverance. Forty-fifth Annual International Neuropsychological Society Conference, New Orleans, Louisiana.

- **Kuhn, T.,** Mahmood, Z., Williamson, T., Bookheimer, S.Y., Hinkin, C.H., & Thames, A.D. Accelerated Brain Aging and Cognitive Decline in HIV. Paper Presentation given at the Forty-fifth Annual International Neuropsychological Society Conference, New Orleans, Louisiana.

- Nir, T., Fouche, J-P., Lam, H., Ances, B., Brew, B., Chaganti, J., Ching, C., Clifford, K., Cysique, L., Fennema-Notestine, C., Grant, I., Gupta, V., Harezlak, J., Heaps, J., Hinkin, C., Hoare, J., Joska, J., **Kuhn, T.,** Lebrun-Frenay, C., Levine, A., Mondot, L., Nakamoto, B., Navia, B., Paul, R., Pennec, X., Porges, E., Prasitsuebsai, W., Pruksakaew, W., Shikuma, C., Taylor, M., Thames, A.D., Valcour, V., Vassallo, M., Woods, A., Thompson, P., Jahanshad, N., Cohen, R., Stein, D. ENIGMA-HIV DTI: International Effects of CD4+ Count on White Matter Microstructure in HIV+ Adults. Twenty-third annual meeting of the Organization for Human Brain Mapping, Vancouver, British Columbia, Canada.

- **Kuhn, T.,** Jin, Y., Huang, C., Kim, Y., Nir, T.M., Gullett, J.M., Jones, J., Singer, E.J.[a], Shattuck, D., Jahanshad, N., Bookheimer, S.Y., Hinkin, C.H., Zhu, H., Thompson, P.M., Thames, A.D. The Joint Effect of Aging and HIV Infection on Integrity of the Corpus Callosum. Twenty-third annual meeting of the Organization for Human Brain Mapping, Vancouver, British Columbia, Canada.

- **Kuhn, T.,** Japaradi, K., Ebrahimi, C.T., Ghahremani, D., Martin-Harris, L., Bilder, R.M., Bookheimer, S.Y. Early Intellectual Giftedness is Associated with White Matter Integrity in

Regions Subserving Episodic Memory. Paper Presentation given at the Forty-sixth annual meeting of the International Neuropsychological Society, Washington D.C., USA.

- Ebrahimi, CT., **Kuhn, T.**, Japardi, KC., Bilder, RM, Bookheimer, SY. (2018). Exploration of Increased Brain Maturation in a Sample of Highly Gifted Children. Seventy-third annual meeting of the Society of Biological Psychiatry, New York, New York, USA.

- Ly, T.K., Kuhn T., Bookheimer, S.Y. (2018). The Human Connectome Project – Investigating Gender and Age-Related Differences in Reward Processing via Delay Discounting. Forty-eighth annual meeting of the Society for Neuroscience, San Diego, California, USA.

- Jones, J. D., Kurniadi, N. E., **Kuhn, T. P.**, Szymkowicz, S. M. (2018, June). The Longitudinal Relationship between Mood Symptoms and Cognition in Parkinson's Disease: Analysis of the PPMI Cohort. Poster presented at the 16th Annual Meeting of the American Academy of Clinical Neuropsychology, San Diego, CA. (Abstract: The Clinical Neuropsychologist).

- Połczyńska, M., Japardi, K., Curtiss, S., Moody, T., Benjamin, C., Cho, A., Vigil, C., **Kuhn, T.**, Jones, M., Bookheimer, S.Y (2018). Improving pre-operative mapping of language in clinical fMRI using assessment of grammar. Society for Neurobiology of Language Annual Meeting, Québec, Canada.

- Nicodemus, N.E., Packham, H.R., Jordan, S.E., Whitney, M., Pereles, S., Duncan, J.C., Becerra, S.A., Bystritsky, A., **Kuhn, T.P.**, Mamoun, M.S. (2018). Utilizing fMRI Correlates of Cognitive Reappraisal to Identify Additional TMS Targets for the Treatment of GAD. Sixth annual meeting of the Clinical Transcranial Magnetic Stimulation Society conference. Brooklyn, New York.

- Packham, H.R., Nicodemus, N.E., Jordan, S.E., Whitney, M., Pereles, S., Duncan, J.C., Becerra, S.A., Bystritsky, A., **Kuhn, T.P.**, Mamoun, M.S. (2018). Effects of fMRI Navigated TMS on Treatment Outcomes in Major Depressive Disorder. Sixth annual meeting of the Clinical Transcranial Magnetic Stimulation Society conference. Brooklyn, New York.

- Pereles, F.S., Whitney, M., Jordan, S., Mamoun, M., Franc, D., **Kuhn, T**. (2018). Barriers to Use of Functional MRI in Clinical Practice – Has Experience Taught Us Anything? Forty ninth annual meeting of the Western Neuroradiological Society meeting in Laguna Beach, California.

- Duncan, J.C., Jordan, S.E., Whitney, M., Pereles, S., Nicodemus, N.E., Packham, H.R., Becerra, S.A., Bystritsky, A., Mamoun, M.S., Chang, M., O'Connor, E , **Kuhn, T.P.** (2018). Evaluation of the Feasibility of Applying Advanced MRI Scanning in Clinical Practice: A Prospective Study. Twelfth annual meeting of the American Society of Functional Neuroradiology. San Diego, California.

- Nicodemus, N.E., Packham, H.R., Jordan, S.E., Duncan, J.C., Becerra, S.A., Iovine, J.J., Maghavi, K., Whitney, M., Pereles, S., Franc, D., **Kuhn, T.P.** (2018).The Use of MRI and fMRI Data for Targeted Focused Ultrasound Treatment in Neurodegenerative Dementia. Twelfth annual meeting of the American Society of Functional Neuroradiology. San Diego, California.

- Packham, H.R., Nicodemus, N.E., Jordan, S.E., Whitney, M., Pereles, S., Duncan, J.C., Becerra, S.A., Bystritsky, A., **Kuhn, T.P**., Mamoun, M.S. (2018). Effects of fMRI Navigated TMS on Treatment Outcomes in Major Depressive Disorder: An Update. Twelfth annual meeting of the American Society of Functional Neuroradiology.  San Diego, California

- Becerra, S.A., **Kuhn, T.P.**, Duncan, J.C., Pereles, F.S., Whitney, M., Jordan, S., (2018). Oral presentation provided at the twelfth annual meeting of the American Society of Functional Neuroradiology.  San Diego, California .Using Resting State Neurovascular Coupling to Differentiate Healthy Elderly from Alzheimer's disease

- Iovine, J.J., Spivak, N.M., Jordan, S.E., Mahdavi, K.D., Duncan, J.C., Becerra, S.A., Packham, H.R., Nicodemus, N.E., Pereles, S., Whitney, M., Bystritsky, A., **Kuhn, T.P**., Mamoun, M.S.  (February 2019) Case report: improved rTMS efficacy after fMRI localizes DLPFC target to non-dominant hemisphere. Poster presented at the 3rd annual International Brain Stimulation conference, Vancouver, BC.

- Mahdavi, K.D., Packham, H.R., Nicodemus, N.E., Jordan, S.E., Iovine, J.J., Duncan, J.C., Becerra, S.A., Spivak, N., **Kuhn, T.P.,** & Whitney, M. (February, 2019) Focused ultrasound as a potential means of facilitated exosome delivery to Brodmann Area 25 in the treatment of refractory depression. Poster presented at the 3rd annual International Brain Stimulation conference, Vancouver, BC.

- Mahdavi, K.D., Packham, H.R., Nicodemus, N.E., Jordan, S.E., Iovine, J.J., Duncan, J.C., Becerra, S.A., Spivak, N., **Kuhn, T.P.,** & Whitney, M. (February, 2019) Focused ultrasound as a potential means of facilitated exosome delivery to Brodmann Area 25 in the treatment of refractory depression. Poster presented at the 3rd annual International Brain Stimulation conference, Vancouver, BC.

- Becerra, S.A., **Kuhn, T.P.,** Duncan, J.C., Mamoun, M., Pereles, F.S., Whitney, M., & Jordan, S.E. (December, 2019) Validation of resting state neurovascular coupling in the OASIS-brains dataset to differentiate normal elderly brains from Alzheimer's disease. Poster presented at the 12th annual congress for Clinical Trials on Alzheimer's Disease (CTAD), San Diego, CA.

- Habelhah, B., Mahdavi, K.D., **Kuhn, T.P.**, Becerra, S.A., Packham, H.R., Blades, R.B., Nicodemus, N.E., Spivak, N., Whitney, M., Mamoun, M.S., Bystritsky, A., & Jordan, S.E. (October, 2019) Validation of MRI-navigated focused ultrasound for delivery of small molecules and exosomes. Poster presented at the 9th annual meeting of the American Society for Exosomes and Microvesicles, Pacific Grove, CA.

- Mahdavi, K.D., **Kuhn, T.P.,** Habelhah, B., Becerra, S.A., Packham, H.R., Blades, R.B., Nicodemus, N.E., Spivak, N., Whitney, M., Mamoun, M.S., Bystritsky, A., & Jordan, S.E. (September, 2019) Validation of MRI-navigated focused ultrasound for delivery of small molecules and exosomes. Poster presented at the Exosome Based Therapeutic Development conference, Boston, MA.

- Becerra, S., Duncan, J., Jordan, S., Iovine, J., Spivak, N., Nicodemus, N., ... & **Kuhn, T.,** Mamoun, M.. (2019). Case Study: Comparison of MRI techniques for demonstrating successful Ultrasound Targeting: BOLD Compared with ASL Functional Imaging. *Brain Stimulation: Basic, Translational, and Clinical Research in Neuromodulation*, *12*(2), 547.

- Połczyńska M.M., Beck L., **Kuhn T.**, Japardi K., Benjamin C., Ly T., Bookheimer S.Y. Brain tumors in left frontal regions impact language laterality as determined by pre-surgical fMRI. Society for Neurobiology of Language annual meeting 2019, Helsinki, Finland. A slam and poster presentation.

- Ly, T., Diaz-Santos, M., Campbell, L., Caldera, M., **Kuhn, T.** & Bookheimer, S.Y. Death anxiety and financial decision making in aging: A study using the Human Connectome Project – Aging (HCP-A) dataset at UCLA. International Neuropsychological Society annual meeting February 2020, Denver, CO.

- Kuhn, T., Spivak, N., Becerra, S., Dang, B., Hiller, S., Suthana, N., Monti, M., Bookheimer, S.Y. Low Intensity Focused Ultrasound as a Non-Invasive Cognitive Neural Prosthetic: Early Neuroimaging Findings. Presented as a talk at the International Neuropsychological Society annual meeting February 2020, Denver, CO.

- Połczyńska M.M., Monti, M., **Kuhn T.**, Wang, H., Ly, T., Japardi K., Shattuck, D., Anderson, A., Curtiss, S., Dronkers, N., Benjamin C., Bookheimer S.Y. Optimizing grammar tasks for pre-operative fMRI based on task-based and resting-state activation. Organization for Human Brain Mapping annual meeting 2020, Montreal, Canada.

- Dang, B.H., **Kuhn, T.,** Spivak, N., Becerra, S., Hiller, S., Kronemeyer,D., Suthana, N., Monti, M., Bookheimer, S.Y. Low Intensity Focused Ultrasound Selectively Increases Regional Perfusion. Organization for Human Brain Mapping annual meeting 2020, Montreal, Canada.

- **Kuhn, T.,** Spivak, N., Becerra, S., Dang, B., Hiller, S., Kronemeyer,D., Suthana, N., Monti, M., Bookheimer, S.Y. Low Intensity Focused Ultrasound: A Possible Non-Invasive Cognitive Neural Prosthetic. Organization for Human Brain Mapping annual meeting 2020, Montreal, Canada.

- Dang, B.H., Spivak, N., Becerra, S., McNealis, M., Rosenberg, B., Hiller, S., Swenson, A., Cvijanovic, L., Sun, M., Kronemyer, D., Berlow, R., Craske, M., Suthana, N., Monti, M., Bookheimer, S.Y., & **Kuhn, T.** (2020). Non-Invasive Cognitive Neural Prosthetic Improves Amygdalar Cerebral Perfusion. Poster presented at the 7th International Symposium on Focused Ultrasound.

- Spivak, N.M., Cohen, M., Korb, A., **Kuhn, T.**, Schafer, M., Monti, M. (2020). Sonication of the Shoulder Does Not Lead to Dangerous Heating. Poster presentation at the 7th International Symposium on Focused Ultrasound.

- Spivak, N.M, Dang, D.H., Becerra, S., McNealis, M., Rosenberg, B.M., Hiller, S., Swenson, A., Cvijanovic, L., Sun, M., Kronemyer, D., Berlow, R., Craske, M., Suthana, N., Monti, M., Bookheimer, S.Y., **Kuhn, T**. (2020) Transcranial Focused Ultrasound May Disrupt Amygdalar Function. Poster presented at the 7th International Symposium on Focused Ultrasound.

- **Kuhn, T**.Spivak, N.M, Dang, D.H., Becerra, S., McNealis, M…& Bookheimer, S.Y. (2020) Low Intensity Focused Ultrasound: A Possible Non-Invasive Cognitive Neural Prosthetic. Oral presentation at the 7th International Symposium on Focused Ultrasound.

### PODCASTS (NON-PEER REVIEWED)

- Nguyen, P. (Producer/Writer/Host), **Kuhn, T.** (Producer/Writer/Host) (2012, October, 20). Neuropsychology, Meditation, and the Brain – Part 1. Podcast http://pricelab.phhp.ufl.edu/2012/10/20/neuropsychology-meditation-and-the-brain-part-1/

- **Kuhn, T.** (Producer/Writer/Host), Nguyen, P. (Producer/Writer/Host) (2012, October, 20). Neuropsychology, Meditation, and the Brain – Part 2. Podcast http://pricelab.phhp.ufl.edu/2012/10/20/neuropsychology-meditation-and-brain-part-ii/

### REFERENCES

- Susan Bookheimer, Ph.D.
  University of California, Los Angeles
  Department of Psychiatry
  sbook@ucla.edu
  (310) 794-6386
- Robert Bilder, Ph.D., ABPP/CN
  University of California, Los Angeles
  Department of Psychiatry
  rbilder@mednet.ucla.edu
  310-825-9474
- Charles Hinkin, Ph.D., ABPP/CN
  University of California, Los Angeles
  Department of Psychiatry
  chinkin@ucla.edu
  (310) 478-3711
- Russell Bauer, Ph. D., ABPP/CN
  University of Florida
  Department of Clinical and Healthy Psychology
  russell.bauer@va.gov
  (352) 376-1611, ext. 5329
- Nikki Stricker, Ph. D., ABPP/CN
  Boston Consortium in Clinical Psychology
  Clinical Neuropsychology Department
  Nikki.Stricker@va.gov
  (857) 364-2305

Sincerely,

*[signature: Taylor Kuhn]*

_____
Taylor Kuhn, Ph.D., ABPP/CN

Board Certified Clinical Neuropsychologist, PSY28970
Assistant Research Neuroscientist
Director, Neuroimaging, Neuropsychology, & Neuromodulation Lab
Department of Psychiatry & Biobehavioral Sciences
University of California, Los Angeles