Kevin S. Conlogue, SBN 285277
(Kevin@LOKSC.com)
Ashley M. Conlogue, SBN 292083
(Ashely@LOKSC.com)
**CONLOGUE LAW, LLP**
292 S. La Cienega Blvd., Ste. 207
Beverly Hills, CA 90211
Tel:   (213) 255-8837
Fax:   (213) 477-2069
Info@LOKSC.com

HINMAN LAW GROUP, P.C.
SETH E. WORKMAN, State Bar No. 289213
seth@hinmanlawgroup.com
2201 N. Lakewood Blvd., Ste. D1863
Long Beach, CA 90815
Telephone:   (562) 269-4713
Facsimile:   (562) 362-6512

Attorneys for Plaintiff
KIMBERLY MARROQUIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARROQUIN;<br><br>    Plaintiff,<br><br>    v.<br><br>UNIDENTIFIED LAPD OFFICER; CAPTAIN RICHARD PAUL STABILE; CITY OF LOS ANGELES,<br><br>    Defendants. | Case No.: 2:21-cv-07607-RGK-JEM<br><br>JOINT [PROPOSED] SHORT STATEMENT OF THE CASE TO BE READ TO THE JURY PANEL<br><br>**Pretrial Conference**<br>**Date:**   Aug. 29, 2022<br>**Time:**   9:00 a.m.<br>**Judge:**   R. Gary Klausner<br><br>**Trial**<br>**Date:**   Sept. 20, 2022<br>**Time:**   9:00 a.m.<br>**Judge:**   R. Gary Klausner |

**TO THE COURT, THE PARTIES, AND THE ATTORNEYS OF RECORD:**

COMES NOW Plaintiff KIMBERLY MARROQUIN and Defendants DIMAGGIO RICO, and CITY OF LOS ANGELES and submit the Parties' Proposed Short Statement of the Case to be Read to the Jury:

This case arises from an incident that occurred during the Lakers' Celebration on October 11, 2020, located at 12th Street and Figueroa Avenue, Los Angeles, California, between Plaintiff Kimberly Marroquin and Defendant DiMaggio Rico of the Los Angeles Police Department. Plaintiff Kimberly Marroquin alleges that Defendant DiMaggio Rico used excessive force against her in violation of Federal and State laws.

Defendants DiMaggio Rico and the City of Los Angeles deny those claims.

Date: September 9, 2022    **CONLOGUE LAW, LLP**
    **HINMAN LAW GROUP. P.C.**

    By: ___/S/Kevin S. Conlogue_____
        Kevin S. Conlogue, Esq.
        Ashley M. Conlogue, Esq.
        Seth E. Workman, Esq.
        Attorneys for Plaintiff,
        KIMBERLY MARROQUIN

Date: September 9, 2022    STONE BUSAILAH, LLP

    By:   /s/Robert Rabe
    Muna Busailah, Esq.
    Robert Rabe, Esq.
    Attorneys for Defendants City of Los Angeles, et al.