**F I L E D**
CLERK, U.S. DISTRICT COURT
10/18/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kmh___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARROQUIN;<br>    Plaintiff,<br>    v.<br>UNIDENTIFIED LAPD OFFICER; CAPTAIN RICHARD PAUL STABILE; CITY OF LOS ANGELES,<br><br>    Defendants. | Case No.: 2:21-cv-07607-RGK-JEM<br><br>VERDICT FORM |

We, the jury, unanimously find as follows:

### **EXCESSIVE FORCE**

**Question No. 1:**

Does Plaintiff prevail on her claim for excessive force against Defendant Rico?

Yes ✓     No ____

Proceed to question number 2.

## BATTERY

**Question No. 2:**

Does Plaintiff prevail on her claim for battery?

| | | |
|---|---|---|
| Defendant Rico | Yes ____ | No ✓ |
| Defendant City of Los Angeles | Yes ____ | No ✓ |

Proceed to question number 3.

## NEGLIGENCE

**Question No. 3:**

Does Plaintiff prevail on her claim for negligence?

| | | |
|---|---|---|
| Defendant Rico | Yes ✓ | No ____ |
| Defendant City of Los Angeles | Yes ✓ | No ____ |

Proceed to question number 4.

## DAMAGES

**Question No. 4:**

Did you answer yes to any of questions 1, 2, or 3?

Yes ✓       No ____

If your answer to question number 4 is "yes", proceed to question number 5. If your answer to question number 4 is "no", please sign and date the last page of the verdict form.

**Question No. 5:**

What are Plaintiff's damages against Defendant Rico?

$ 1.00

**Question No. 6:**

What are Plaintiff's damages against Defendant City of Los Angeles?

$ 1.5 million

The foreperson shall sign, date, and return this verdict to the court.

Date: 10/13/22

Foreperson of the Jury