JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MARROQUIN;<br><br>   Plaintiff,<br><br>   v.<br><br>UNIDENTIFIED LAPD OFFICER; CAPTAIN RICHARD PAUL STABILE; CITY OF LOS ANGELES,<br><br>   Defendants. | Case No.: 2:21-cv-07607-RGK-JEM<br><br>[PLAINTIFF'S PROPOSED]<br>FINAL JUDGMENT |

Pursuant to Rule 54 and Rule 58 of the Federal Rules of Civil Procedure, by reason of the Court's prior orders in this action, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

~~Plaintiff Kimberly Marroquin is the prevailing party in this matter with respect to the recovery of allowed costs and fees as set for in Rule 54 of the Federal Rules of Civil Procedure.~~

Judgment is entered in favor of Plaintiff Kimberly Marroquin as against Defendant Officer Dimaggio Rico and Defendant City of Los Angeles; Plaintiff

---

[PLAINTIFF'S PROPOSED] FINAL JUDGMENT
1

Kimberly Marroquin shall recover ~~from Defendant Officer Dimaggio Rico and Defendant City of Los Angeles~~ $500,000.00 in damages, ~~and Plaintiff Kimberly Marroquin shall recover from Defendant Officer Dimaggio Rico~~ $527,460 in attorneys' fees, and ~~$_____ in~~ costs and unreimbursed expenses to be determined by the Clerk of Court.

~~Defendants Captain Richard Paul Stabile, Officer Mike Santiago, Officer Matthew Clymer, Officer Alfred Corso, Officer Brandon Lyman, and Officer Herman Usma are dismissed from this action with prejudice.~~

IT IS SO ORDERED.

Dated: **April 27**, 2023

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

[PLAINTIFF'S PROPOSED] FINAL JUDGMENT
2